# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1995
Lower Tribunal No. 05-144
_____

**Marcos Daniel Sandoval,**
Appellant,

vs.

**Maria Margarita Sandoval, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Maria Espinosa Dennis, Judge.

Westberry Law Group, LLC, and Lisa A. Westberry (Tampa); and LeesaAnn Dodds (Tampa), for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Florida Department of Revenue.

Before SCALES, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.